# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ALIX FRECK,**

    **Plaintiff,**

**v.**                                                         Case No. 1:20-cv-217-AW-GRJ

**ALACHUA COUNTY LIBRARY**
**DISTRICT, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING EXTENSION OF TIME TO
## RESPOND TO COMPLAINT

Defendants' unopposed motion for an extension (ECF No. 6) is GRANTED. Plaintiff may file an amended complaint no later than October 15, 2020. Defendants' deadline to respond to the operative complaint (ECF No. 1) is extended to October 22, 2020. If Plaintiff timely amends the complaint, Defendants will have 14 days from service to respond.

SO ORDERED on October 2, 2020.

                                                       s/ *Allen Winsor*
                                                       United States District Judge